AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

KYLEE FUNK,

        Plaintiff,

v.

ROCKY MOUNTAIN CARE and VALI
DIVISION OF WASATCH, INC., D/B/A
ROCKY MOUNTAIN HOSPICE,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:18-cv-125-TC

IT IS ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE.

_____

January 29, 2020
*Date*

BY THE COURT:

*Tena Campbell*
U.S. District Court Judge Tena Campbell